**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LYNCH, JAMES MICHAEL | § | Case No. 14-18472 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 15, 2014. The undersigned trustee was appointed on May 15, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         6,975.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 31.01 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of [1]    $         6,943.99

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/16/2014 and the deadline for filing governmental claims was 11/12/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,447.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,447.50, for a total compensation of $1,447.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2014        By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-18472  
**Case Name:** LYNCH, JAMES MICHAEL  

**Period Ending:** 11/13/14

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/15/14 (f)  
**§341(a) Meeting Date:** 07/15/14  
**Claims Bar Date:** 10/16/14  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 3229 N. Paris Ave, chicago, IL 60634 - small 2, Imported from original petition Doc# 1 | 148,000.00 | 0.00 | | 0.00 | FA |
| 2 | Debtor's cash on hand in cookie jar, for emergen Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Regular checking Bank of Ameri Imported from original petition Doc# 1 | 486.35 | 486.35 | | 371.25 | FA |
| 4 | Checking Account: Bank of America business check Imported from original petition Doc# 1 | 524.41 | 388.52 | | 303.75 | FA |
| 5 | Checking Account: My access checking 8459 Imported from original petition Doc# 1 | 14.11 | 0.00 | | 0.00 | FA |
| 6 | Savings Account: Regular savings 5364 Imported from original petition Doc# 1 | 207.59 | 0.00 | | 0.00 | FA |
| 7 | Furniture: Dining room table and chairs. Two bed Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Appliances: Microwave. Fridge. TV. Radio. Blende Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Household: Kitchenware. Silverware. Basic utensi Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 10 | Audio-Video: Play station 3. Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Office: iPad Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor's knicknacks, odds and ends, including bu Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Collectibles: Comic books. Toys. Records. Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Books-Music: Books. DVDs. CDs. Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Clothes: Suits. Jackets. Shoes. Shirts. Pants. H Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 16 | Debtor's costume jewery, including but not limit Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-18472  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** LYNCH, JAMES MICHAEL  **Filed (f) or Converted (c):** 05/15/14 (f)
 **§341(a) Meeting Date:** 07/15/14
**Period Ending:** 11/13/14  **Claims Bar Date:** 10/16/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Jewelry: Wedding ring. Basic jewelry. Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Debtor misc hobby & sports equipment, including Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 19 | Sports-Hobby: Martial arts gear. Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 20 | Trade Tools: Basic house hold tools. (Hammer, sc Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 21 | Auto: Red 2009 Ford mustang GT deluxe coupe. 35, Imported from original petition Doc# 1 | 16,365.00 | 6,965.00 | | 5,175.00 | FA |
| 22 | Other: Musical instruments Imported from original petition Doc# 1 | 4,250.00 | 2,750.00 | | 1,125.00 | FA |
| 23 | Pet: Dog: - priceless Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 23 Assets | **Totals** (Excluding unknown values) | **$173,007.46** | **$10,589.87** | | **$6,975.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** December 31, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-18472  
**Case Name:** LYNCH, JAMES MICHAEL  

**Taxpayer ID #:** **-***8152  
**Period Ending:** 11/13/14  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/14 | | JAMES M. LYNCH | Purchase of non-exempt equity in personal property, per o/c 8-28-14 | | 6,975.00 | | 6,975.00 |
| | {3} | | 371.25 | 1129-000 | | | 6,975.00 |
| | {4} | | 303.75 | 1129-000 | | | 6,975.00 |
| | {21} | | 5,175.00 | 1129-000 | | | 6,975.00 |
| | {22} | | 1,125.00 | 1129-000 | | | 6,975.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,965.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.68 | 6,954.32 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,943.99 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 6,975.00 | 31.01 | $6,943.99 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 6,975.00 | 31.01 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $6,975.00 | $31.01 | |

Net Receipts :    6,975.00  
─────────────  
Net Estate :    $6,975.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4466 | 6,975.00 | 31.01 | 6,943.99 |
| | $6,975.00 | $31.01 | $6,943.99 |

{} Asset reference(s)

Printed: 11/13/2014 10:44 AM    V.13.19

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 16, 2014

**Case Number:** 14-18472  
**Debtor Name:** LYNCH, JAMES MICHAEL

Page: 1

**Date:** November 13, 2014  
**Time:** 10:44:11 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $1,447.50 | $0.00 | 1,447.50 |
| 1P 570 | IRS<br>P.O. Box 9019<br>Holtsville, NY 11742 | Priority | | $18,280.62 | $0.00 | 18,280.62 |
| 2P-2 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $1,957.06 | $0.00 | 1,957.06 |
| NOTFILED 100 | Ford Credit Not available<br>Not Available, Mi | Secured | 44932005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo<br>420 Montgomery street<br>San Fransisco, CA 94104 | Secured | XXXXXX4411 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Secured | XXXXXXXX4411 | $0.00 | $0.00 | 0.00 |
| 1U 610 | IRS<br>P.O. Box 9019<br>Holtsville, NY 11742 | Unsecured | | $187.84 | $0.00 | 187.84 |
| 2U-2 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $105.92 | $0.00 | 105.92 |
| 3 610 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | 80214438 | $563.21 | $0.00 | 563.21 |
| 4 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXXXXXX | $2,246.75 | $0.00 | 2,246.75 |
| NOTFILED 610 | Atlantic Crd<br>Po Box 13386<br>Roanoke, VA 24033 | Unsecured | 4327012 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Atlantic Crd<br>Po Box 13386<br>Roanoke, VA 24033 | Unsecured | 4327339 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Atlantic credit and finance<br>2727 Franklin rd SW<br>Roanoke, VA 24014 | Unsecured | 43448 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 16, 2014

**Case Number:** 14-18472  
**Debtor Name:** LYNCH, JAMES MICHAEL

Page: 2

**Date:** November 13, 2014  
**Time:** 10:44:11 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Bank of America<br>100 N. Tryon St.<br>Charlotte, NC 28255 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | Unsecured | 4888932996668839 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CACH LLC<br>4340 S. Monaco St. Unit 2<br>Denver, CO 80237 | Unsecured | 12002043XXXX | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CACH LLC<br>4340 S. Monaco St.<br>Denver, CO 80237 | Unsecured | 12002010XXXX | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St. 2nd Floor<br>Denver, CO 80237 | Unsecured | 120020433558 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St. 2nd Floor<br>Denver, CO 80237 | Unsecured | 120020108066 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap One<br>Po Box 5253<br>Carol Stream, IL 60197 | Unsecured | 5406330057290413 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap1/bstby<br>Po Box 30253<br>Salt Lake City, UT 84130 | Unsecured | 7021271310417669 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap1/guitr<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Unsecured | 632601103060688 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | Unsecured | XXXXXXXX | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Auto<br>Attn:National Bankruptcy Dept<br>Po Box 29505<br>Phoenix, AZ 85038 | Unsecured | 10815118231900 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | City of Chicago Department of Revenue<br>POBox 88292<br>Chicago, IL 60680-1292 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ComED<br>P.O. Box 6111<br>Carol Stream, IL 60197 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 16, 2014

**Case Number:** 14-18472
**Debtor Name:** LYNCH, JAMES MICHAEL

Page: 3

**Date:** November 13, 2014
**Time:** 10:44:11 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Enhanced recovery<br>8014 Bayberry rd<br>Jacksonville, FL 32256 | Unsecured | 8021XXXX | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Equifax Credit Information Services<br>Bankruptcy Department<br>P.O Box 740241<br>Atlanta, GA 30374-0241 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Experian Bankruptcy Dept<br>P.O.Box 2002<br>Allen, TX 75013 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ford Motor Credit Corporation Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121 | Unsecured | 44932005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GECRB/ PayPal Buyer credit<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | 6044071008243764 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GECRB/Lowes<br>1000 Lowe Blvd.<br>Mooresville, NC 28117 | Unsecured | XXXXXXXX | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | Unsecured | 5406330010832418 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Il Dept of Human Services<br>100 South Grand Ave East(800) 843-6154<br>Springfield, IL 62762 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Linebarger Goggan Blair & Sampson<br>Attorneys at Law<br>P O Box 06152<br>Chicago, IL 60606-0152 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nicor Gas Bankruptcy Dept<br>POB 2020<br>Aurora, IL 60507-0310 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Gas<br>Chicago, IL 60687-0001 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Gas<br>Attention: Bankruptcy Department<br>130 E. Randolph 17th Floor<br>Chicago, IL 60601 | Unsecured | 1500037736764 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TransUnion Bankruptcy Department<br>P.O.Box 1000<br>Chester, PA 19022 | Unsecured | | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 24,788.90 | 0.00 | 24,788.90 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 14-18472
Case Name: LYNCH, JAMES MICHAEL
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**     $     6,943.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     6,943.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,447.50 | 0.00 | 1,447.50 |

Total to be paid for chapter 7 administration expenses:     $     1,447.50
Remaining balance:     $     5,496.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     5,496.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,237.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | IRS | 18,280.62 | 0.00 | 4,964.96 |
| 2P-2 | Illinois Department of Revenue | 1,957.06 | 0.00 | 531.53 |

Total to be paid for priority claims:     $     5,496.49
Remaining balance:     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 3,103.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | IRS | 187.84 | 0.00 | 0.00 |
| 2U-2 | Illinois Department of Revenue | 105.92 | 0.00 | 0.00 |
| 3 | American InfoSource LP as agent for | 563.21 | 0.00 | 0.00 |
| 4 | Synchrony Bank | 2,246.75 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $       0.00
Remaining balance: $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $       0.00
Remaining balance: $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance: $       0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**