UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Case No. 14-18472
 )
LYNCH, JAMES MICHAEL )
 )
 )
 )
 )
 Debtor(s) )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on December 30, 2014 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: November 25, 2014                By: /s/ Richard M. Fogel
                                            Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LYNCH, JAMES MICHAEL § Case No. 14-18472
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,975.00 |
| and approved disbursements of | $ 31.01 |
| leaving a balance on hand of [1] | $ 6,943.99 |

**Balance on hand:** $ 6,943.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,943.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,447.50 | 0.00 | 1,447.50 |

Total to be paid for chapter 7 administration expenses: $ 1,447.50
Remaining balance: $ 5,496.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,496.49

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,237.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | IRS | 18,280.62 | 0.00 | 4,964.96 |
| 2P-2 | Illinois Department of Revenue | 1,957.06 | 0.00 | 531.53 |

Total to be paid for priority claims: $ 5,496.49
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,103.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | IRS | 187.84 | 0.00 | 0.00 |
| 2U-2 | Illinois Department of Revenue | 105.92 | 0.00 | 0.00 |
| 3 | American InfoSource LP as agent for | 563.21 | 0.00 | 0.00 |
| 4 | Synchrony Bank | 2,246.75 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                              Case No. 14-18472-JBS
James Michael Lynch                                                 Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: dgomez                  Page 1 of 2                  Date Rcvd: Dec 17, 2014
                               Form ID: pdf006               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2014.
db             #+James Michael Lynch,    3229 N Paris Ave,    Chicago, IL 60634-2930
21940238       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
21940237        +Bank of America,   100 N. Tryon St.,    Charlotte, NC 28202-4031
21940242        +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
21940243        +Cap1/bstby,   Po Box 30253,   Salt Lake City, UT 84130-0253
21940244        +Cap1/guitr,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
21940245        +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
21940247         City of Chicago,   Department of Revenue,    POBox 88292,    Chicago, IL 60680-1292
21940251         Equifax Credit Information Services,    Bankruptcy Department,    P.O Box 740241,
                 Atlanta, GA 30374-0241
21940252        +Experian,   Bankruptcy Dept,   P.O.Box 2002,    Allen, TX 75013-2002
21940254       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
                 Dearborn, MI 48121)
21940257        +GECRB/PayPal SMART CON,   2211 N. First st.,    San Jose, CA 95131-2021
21940259        +Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
21940261         IL Dept of Human Services,   401 S. Clinton Street,    800) 843-6154,    Chicago, IL 60607
21940262       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                 (address filed with court: Illinois department of revenue,    N/A,    Springfield, IL 62726)
21940260        +Il Dept of Human Services,   100 South Grand Ave East,    800) 843-6154,
                 Springfield, IL 62762-0001
22310099         Illinois Department of Revenue,   Bankruptcy Section,    P.O. BOx 64338,
                 Chicago, Illinois 60664-0338
21940265         Linebarger Goggan Blair & Sampson,    Attorneys at Law,    P O Box 06152,
                 Chicago, IL 60606-0152
21940268        +Peoples Gas,   Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
21940267         Peoples Gas,   Chicago, IL 60687-0001
21940269        +TransUnion,   Bankruptcy Department,    P.O.Box 1000,    Chester, PA 19016-1000
21940271       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
21940270        +Wells Fargo,   420 Montgomery street,    San Fransisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22406381        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2014 00:53:26
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
21940235       +E-mail/Text: ACF-EBN@acf-inc.com Dec 18 2014 00:47:59     Atlantic Crd,    Po Box 13386,
                 Roanoke, VA 24033-3386
21940236       +E-mail/Text: ACF-EBN@acf-inc.com Dec 18 2014 00:47:59     Atlantic credit and finance,
                 2727 Franklin rd SW,   Roanoke, VA 24014-1011
21940240       +E-mail/Text: ebn@squaretwofinancial.com Dec 18 2014 00:50:05     CACH LLC,    4340 S. Monaco St.,
                 Denver, CO 80237-3408
21940239       +E-mail/Text: ebn@squaretwofinancial.com Dec 18 2014 00:50:05     CACH LLC,
                 4340 S. Monaco St. Unit 2,    Denver, CO 80237-3408
21940241       +E-mail/Text: ebn@squaretwofinancial.com Dec 18 2014 00:50:05     Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
21940246      ++E-mail/Text: bk.notifications@jpmchase.com Dec 18 2014 00:48:43     Chase Auto,
                 Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
21940248       +E-mail/Text: legalcollections@comed.com Dec 18 2014 00:50:29     ComED,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
21940250       +E-mail/Text: bknotice@erccollections.com Dec 18 2014 00:49:19     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21940249       +E-mail/Text: bknotice@erccollections.com Dec 18 2014 00:49:19     Enhanced recovery,
                 8014 Bayberry rd,   Jacksonville, FL 32256-7412
21940255       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2014 00:51:29     GECRB/ PayPal Buyer credit,
                 Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
21940256       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2014 00:52:25     GECRB/Lowes,    1000 Lowe Blvd.,
                 Mooresville, NC 28117-8520
21940263        E-mail/Text: cio.bncmail@irs.gov Dec 18 2014 00:48:31     IRS,    P.O. Box 9019,
                 Holtsville, NY 11742
21940266       +E-mail/Text: bankrup@aglresources.com Dec 18 2014 00:47:57     Nicor Gas,    Bankruptcy Dept,
                 POB 2020,   Aurora, IL 60507-2020
22487953        E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2014 00:51:29     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 15
```

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Dec 17, 2014
                              Form ID: pdf006           Total Noticed: 38
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21940253       Ford Credit,   Not available,   Not available, MI
21940264       Landlord
22310102*      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
21940258     ##+Harris & Harris,   600 W Jackson Blvd, Suite 400,   Chicago, IL 60661-5675
                                                                          TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2014 at the address(es) listed below:
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
              S. M. de Rath    on behalf of Debtor James Michael Lynch ALSlaw1@gmail.com
                                                                                        TOTAL: 5
```