**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LYNCH, JAMES MICHAEL | § | Case No. 14-18472 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $151,381.70<br>*(without deducting any secured claims)* | Assets Exempt: $23,650.00 |
| Total Distribution to Claimants: $5,496.49 | Claims Discharged Without Payment: $94,273.91 |
| Total Expenses of Administration: $1,478.51 | |

3) Total gross receipts of $ 6,975.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $6,975.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $309,698.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,478.51 | 1,478.51 | 1,478.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,234.24 | 20,237.68 | 20,237.68 | 5,496.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,590.76 | 3,103.72 | 3,103.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $409,523.00 | $24,819.91 | $24,819.91 | $6,975.00 |

4) This case was originally filed under Chapter 7 on May 15, 2014. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/03/2015 By: /s/RICHARD M. FOGEL
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: Regular checking Bank of Ameri | 1129-000 | 371.25 |
| Checking Account: Bank of America business check | 1129-000 | 303.75 |
| Auto: Red 2009 Ford mustang GT deluxe coupe. 35, | 1129-000 | 5,175.00 |
| Other: Musical instruments | 1129-000 | 1,125.00 |
| **TOTAL GROSS RECEIPTS** | | $6,975.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 151,349.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 151,349.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit Not available | 4110-000 | 7,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $309,698.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,447.50 | 1,447.50 | 1,447.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.68 | 10.68 | 10.68 |
| Rabobank, N.A. | 2600-000 | N/A | 10.33 | 10.33 | 10.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,478.51 | $1,478.51 | $1,478.51 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS | 5800-000 | 18,060.16 | 18,280.62 | 18,280.62 | 4,964.96 |
| 2P-2 | Illinois Department of Revenue | 5800-000 | 2,174.08 | 1,957.06 | 1,957.06 | 531.53 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $20,234.24 | $20,237.68 | $20,237.68 | $5,496.49 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS | 7100-000 | 187.84 | 187.84 | 187.84 | 0.00 |
| 2U-2 | Illinois Department of Revenue | 7100-000 | 105.92 | 105.92 | 105.92 | 0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | 622.00 | 563.21 | 563.21 | 0.00 |
| 4 | Synchrony Bank | 7100-000 | 2,246.00 | 2,246.75 | 2,246.75 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ford Motor Credit Corporation Ford Motor | 7100-000 | 6,944.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/ PayPal Buyer credit | 7100-000 | 2,246.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian Bankruptcy Dept | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax Credit Information Services Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced recovery | 7100-000 | 622.00 | N/A | N/A | 0.00 |
| NOTFILED | ComED | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Lowes | 7100-000 | 1,488.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas Bankruptcy Dept | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TransUnion Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Revenue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Il Dept of Human Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Linebarger Goggan Blair & Sampson Attorneys at Law | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Crd | 7100-000 | 12,184.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic credit and finance | 7100-000 | 5,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Crd | 7100-000 | 15,302.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,111.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC | 7100-000 | 3,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 7,111.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/guitr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 2,370.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC | 7100-000 | 2,370.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 3,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,205.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $79,590.76 | $3,103.72 | $3,103.72 | $0.00 |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 14-18472
**Case Name:** LYNCH, JAMES MICHAEL

**Period Ending:** 02/03/15

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 05/15/14 (f)
**§341(a) Meeting Date:** 07/15/14
**Claims Bar Date:** 10/16/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3229 N. Paris Ave, chicago, IL 60634 - small 2,<br>Imported from original petition Doc# 1 | 148,000.00 | 0.00 | | 0.00 | FA |
| 2 | Debtor's cash on hand in cookie jar, for emergen<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Regular checking Bank of Ameri<br>Imported from original petition Doc# 1 | 486.35 | 486.35 | | 371.25 | FA |
| 4 | Checking Account: Bank of America business check<br>Imported from original petition Doc# 1 | 524.41 | 388.52 | | 303.75 | FA |
| 5 | Checking Account: My access checking 8459<br>Imported from original petition Doc# 1 | 14.11 | 0.00 | | 0.00 | FA |
| 6 | Savings Account: Regular savings 5364<br>Imported from original petition Doc# 1 | 207.59 | 0.00 | | 0.00 | FA |
| 7 | Furniture: Dining room table and chairs. Two bed<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Appliances: Microwave. Fridge. TV. Radio. Blende<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Household: Kitchenware. Silverware. Basic utensi<br>Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 10 | Audio-Video: Play station 3.<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Office: iPad<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor's knicknacks, odds and ends, including bu<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Collectibles: Comic books. Toys. Records.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Books-Music: Books. DVDs. CDs.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Clothes: Suits. Jackets. Shoes. Shirts. Pants. H<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 16 | Debtor's costume jewery, including but not limit<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-18472
**Case Name:** LYNCH, JAMES MICHAEL

**Period Ending:** 02/03/15

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 05/15/14 (f)
**§341(a) Meeting Date:** 07/15/14
**Claims Bar Date:** 10/16/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Jewelry: Wedding ring. Basic jewelry.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Debtor misc hobby & sports equipment, including<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 19 | Sports-Hobby: Martial arts gear.<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 20 | Trade Tools: Basic house hold tools. (Hammer, sc<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 21 | Auto: Red 2009 Ford mustang GT deluxe coupe. 35,<br>Imported from original petition Doc# 1 | 16,365.00 | 6,965.00 | | 5,175.00 | FA |
| 22 | Other: Musical instruments<br>Imported from original petition Doc# 1 | 4,250.00 | 2,750.00 | | 1,125.00 | FA |
| 23 | Pet: Dog: - priceless<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| **23** | **Assets Totals** (Excluding unknown values) | **$173,007.46** | **$10,589.87** | | **$6,975.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2014 **Current Projected Date Of Final Report (TFR):** November 24, 2014 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-18472
**Case Name:** LYNCH, JAMES MICHAEL

**Taxpayer ID #:** **-***8152
**Period Ending:** 02/03/15

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** Rabobank, N.A.
**Account:** ******4466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/14 | | JAMES M. LYNCH | Purchase of non-exempt equity in personal property, per o/c 8-28-14 | | 6,975.00 | | 6,975.00 |
| | {3} | | 371.25 | 1129-000 | | | 6,975.00 |
| | {4} | | 303.75 | 1129-000 | | | 6,975.00 |
| | {21} | | 5,175.00 | 1129-000 | | | 6,975.00 |
| | {22} | | 1,125.00 | 1129-000 | | | 6,975.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,965.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.68 | 6,954.32 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,943.99 |
| 12/30/14 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,447.50, Trustee Compensation; Reference: | 2100-000 | | 1,447.50 | 5,496.49 |
| 12/30/14 | 102 | IRS | 27.15% dividend on Claim # 1P, Ref: | 5800-000 | | 4,964.96 | 531.53 |
| 12/30/14 | 103 | Illinois Department of Revenue | 27.15% dividend on Claim # 2P-2, Ref: | 5800-000 | | 531.53 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **6,975.00** | **6,975.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **6,975.00** | **6,975.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,975.00** | **$6,975.00** | |

| | |
|---|---|
| Net Receipts : | 6,975.00 |
| Net Estate : | $6,975.00 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******4466** | **6,975.00** | **6,975.00** | **0.00** |
| | **$6,975.00** | **$6,975.00** | **$0.00** |